# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

1. CAROL STEWART,

        Plaintiff(s)

vs.                                                    Case Number:  5:24-cv-00189-SLP

1. HEALTH CARE SERVICE CORP.,

        Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

---

Health Care Service Corporation d/b/a Blue Cross Blue Shield of Oklahoma

[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT    in this action, makes the following disclosure:

1.    **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2.    **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.    **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one) ☐ YES ☑ NO

    If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

    (Check one) ☐ YES ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 23rd day of February , 20 24 .

             /s/ Andrew M. Bowman
             Signature

             Andrew M. Bowman       22071
             Printed Name           Bar Number

             FOLIART HUFF OTTAWAY & BOTTOM
             Firm Name

             201 Robert S. Kerr Avenue, Ste. 1200
             Address

             Oklahoma City        OK    73102
             City          State   ZIP

             (405) 232-4633      (405) 232-3462
             Phone          Fax

             andrewbowman@oklahomacounsel.com
             Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ___February 23, 2024___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Steven G. Mansell
Keith F. Givens

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Andrew M. Bowman
_____
Signature